JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLUS JACKSON, | Case No. 5:18-cv-01974-FLA (JC) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CYNTHIA TAMPKINS, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is DISMISSED.

IT IS SO ADJUDGED.

Dated: March 22, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge