JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLUS JACKSON, | Case No. 5:18-cv-01974-FLA (JC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CYNTHIA TAMPKINS, et al., | |
| Defendants. | |

    In accordance with this court's concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that (1) the Third Amended Complaint and this action are dismissed without further leave to amend; (2) Plaintiff's federal claims are dismissed with prejudice; and (3) the court declines to exercise supplemental jurisdiction over and dismisses Plaintiff's state-law claims without prejudice.

    IT IS SO ADJUDGED.

Dated:  July 1, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge